**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number (if known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

25 - 52177

Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk
7:13 pm
FEB 2 7 2025
By: _Kristin Taylor_
Deputy Clerk

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | ANTONIQUE<br>First name<br><br>Middle name<br>BROWN<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 0 1 2 8<br>OR<br>9 XX – XX – ___ ___ ___ ___ | XXX – XX – ___ ___ ___ ___<br>OR<br>9 XX – XX – ___ ___ ___ ___ |

Debtor 1  ANTONIQUE  BROWN  Case number (if known)_____
          First Name  Middle Name  Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ — ___ — ___ — ___ — ___ <br><br> EIN __ — ___ — ___ — ___ — ___ | EIN __ — ___ — ___ — ___ — ___ <br><br> EIN __ — ___ — ___ — ___ — ___ |

**5. Where you live**

5105 HADDON PLACE
Number  Street

5105

MCDONOUGH          GA    30253
City                State  ZIP Code

HENRY COUNTY
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number  Street

P.O. Box

City          State  ZIP Code

**If Debtor 2 lives at a different address:**

Number  Street

City          State  ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number  Street

P.O. Box

City          State  ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

| Debtor 1 | ANTONIQUE | | BROWN | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
          MM / DD / YYYY

District _____ When _____ Case number _____
          MM / DD / YYYY

District _____ When _____ Case number _____
          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes. Debtor _____ Relationship to you _____
          District _____ When _____ Case number, if known _____
                            MM / DD / YYYY

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
                            MM / DD / YYYY

**11. Do you rent your residence?**

☐ No.  Go to line 12.

☑ Yes. Has your landlord obtained an eviction judgment against you?

  ☑ No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 3

Debtor 1   ANTONIQUE _____ BROWN _____      Case number (if known) _____
           First Name   Middle Name   Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                               State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C§ 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1    ANTONIQUE                    BROWN                              Case number (if known)_____
            First Name    Middle Name    Last Name

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?    _____

    _____

    If immediate attention is needed, why is it needed? _____

    _____

    Where is the property?    _____
                              Number         Street

    _____
    City                                State    ZIP Code

| Debtor 1 | ANTONIQUE | | BROWN | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 _____ANTONIQUE_____BROWN_____    Case number (if known)_____
         First Name      Middle Name      Last Name

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Antonique Brown*                          ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Executed on  02  27  2025               Executed on  _____
             MM / DD /YYYY                            MM / DD /YYYY

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 7

Debtor 1    ANTONIQUE                    BROWN                          Case number (if known)_____
            First Name    Middle Name   Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____          Date _____
   Signature of Attorney for Debtor                MM  /  DD  /YYYY

Printed name _____

Firm name _____

Number    Street _____

_____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____        State _____

---

| Debtor 1 | ANTONIQUE | | BROWN | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| X *Antonique Brown* | X _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 02 27 2025 | Date _____ |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone +14695032522 | Contact phone _____ |
| Cell phone _____ | Cell phone _____ |
| Email address ANTONIQUE.BROWN0207@GMAIL.COM | Email address _____ |

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 9

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | ANTONIQUE | | BROWN |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☐ Married
   ☑ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 1639 HIGH POINTE LANE | From 2018 | | From _____ |
| Number     Street | To  2021 | Number  Street | To  _____ |
| CEDAR HILL     TX   75104 | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 309 WICHITA WAY | From 2021 | | From _____ |
| Number     Street | To  2024 | Number  Street | To  _____ |
| MCDONOUGH     GA   30253 | | | |
| City          State  ZIP Code | | City          State    ZIP Code | |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:  Explain the Sources of Your Income

| Debtor 1 | ANTONIQUE | | BROWN | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 4826 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2024 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 56280 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $ 40781 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuis; r oyalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | CHILD SUPPORT | $ 916.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2024 )<br>YYYY | CHILD SUPPORT | $ 3,351.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 )<br>YYYY | SNAP | $ 3,684.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

| Debtor 1 | ANTONIQUE | BROWN | Case number (if known) | |
|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | |

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br>Number   Street<br>City   State   ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br>Number   Street<br>City   State   ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br>Number   Street<br>City   State   ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1   ANTONIQUE _____ BROWN _____   Case number (if known)_____
           First Name   Middle Name   Last Name

---

7. **Within 1 year before you filed for bankruptcy, dd you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name | _____ | $_____ | $_____ | |
   | Number  Street | _____ | | | |
   | _____ | _____ | | | |
   | City          State   ZIP Code | | | | |
   | Insider's Name | | $_____ | $_____ | |
   | Number  Street | _____ | | | |
   | _____ | | | | |
   | City          State   ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned b an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

   | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name | _____ | $_____ | $_____ | |
   | Number  Street | _____ | | | |
   | _____ | _____ | | | |
   | City          State   ZIP Code | | | | |
   | Insider's Name | | $_____ | $_____ | |
   | Number  Street | _____ | | | |
   | _____ | | | | |
   | City          State   ZIP Code | | | | |

Official Form 107          Statement of Financial Affairs for Individual Filing for Bankruptcy          page 4

Debtor 1   ANTONIQUE                    BROWN
           First Name    Middle Name    Last Name                    Case number (if known)_____

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ | | Court Name_____ | ☐ Pending<br>☐ On appeal |
| _____ | | Number   Street_____ | ☐ Concluded |
| Case number _____ | | City          State   ZIP Code | |
| Case title_____ | | Court Name_____ | ☐ Pending<br>☐ On appeal |
| _____ | | Number   Street_____ | ☐ Concluded |
| Case number _____ | | City          State   ZIP Code | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| | | _____ | $_____ |
| Creditor's Name | | | |
| | Explain what happened | | |
| Number   Street | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City          State   ZIP Code | ☐ Property was attached, seized, or levied. | | |

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| | | _____ | $_____ |
| Creditor's Name | | | |
| Number   Street | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| City          State   ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

Official Form 107            Statement of Financial Affairs for Individual Filing for Bankruptcy            page 5

Debtor 1   ANTONIQUE            BROWN                                    Case number (if known)_____
           First Name   Middle Name   Last Name

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number   Street | | _____ | $_____ |
| City   State   ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107                Statement of Financial Affairs for Individual Filing for Bankruptcy                page 6

Debtor 1    ANTONIQUE                    BROWN                                 Case number (if known)_____
            First Name    Middle Name    Last Name

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with ☐total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number    Street | | _____ | $_____ |
| _____ | | _____ | $_____ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107                    Statement of Financial Affairs for IndividualFiling for Bankruptcy                    page 7

Debtor 1    ANTONIQUE    BROWN    Case number (if known)_____
            First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | $ |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number    Street | | | $ |
| City    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Official Form 107    Statement of Financial Affairs for Individual Filing for Bankruptcy    page 8

Debtor 1   ANTONIQUE _____ BROWN _____   Case number (if known)_____
           First Name  Middle Name  Last Name

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you
    are a beneficiary? (These are often called *asset-protection devices*.)

    ☑ No
    ☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit,
    closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
    brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| NAVY FEDERAL<br>Name of Financial Institution<br>PO BOX 3000<br>Number   Street<br><br>MERRIFIELD   VA   22119<br>City   State   ZIP Code | XXXX– 1518 __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 10/1/24 | $_____ 1 |
| Name of Financial Institution<br><br>Number   Street<br><br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
    securities, cash, or other valuables?
    ☑ No
    ☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br>City   State   ZIP Code | Name<br><br>Number   Street<br><br>City   State   ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1   ANTONIQUE _____ BROWN _____     Case number (if known) _____
           First Name   Middle Name   Last Name

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number   Street | Number   Street | | |
| | City State  ZIP Code | | |
| City          State     ZIP Code | | | |

## Part 9:   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| DOMINIQUE BROWN | | I DRIVE MY MOM NISSAN PATHFINDER, BUT I AM NOT ON THE TITLE, LOAN, OR LEASE | $      5000 |
| Owner's Name | | | |
| 309 WICHITA WAY | 309 WICHITA WAY | | |
| Number   Street | Number   Street | | |
| MCDONOUGH   GA   30253 | MCDONOUGH   GA   30253 | | |
| City        State   ZIP Code | City        State   ZIP Code | | |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, op_e, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings tat you know about, regardless of when they occu rred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City          State  ZIP Code | | |
| City        State    ZIP Code | | | |

Debtor 1    ANTONIQUE            BROWN                    Case number (if known)
            First Name   Middle Name   Last Name

25. Have you notified any governmental unit of an☐release of hazardous material?

☑ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
|  | | | ☐ On appeal |
|  | Number   Street | | ☐ Concluded |
| Case number | City   State   ZIP Code | | |

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any busi      ?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| ANTONIQUE BROWN | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 309 WICHITA WAY | MOBILE HAIR | EIN: __ __ - __ __ __ __ __ __ |
| Number   Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| MCDONOUGH   GA   30253 | | From   2023   To   2023 |
| City   State   ZIP Code | | |
| | Describe the nature of the business | Employer Identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ |
| Number   Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

Official Form 107    Statement of Financial Affairs for IndividualFiling for Bankruptcy    page 11

Debtor 1    ANTONIQUE _____ BROWN _____    Case number (if known)_____
           First Name    Middle Name    Last Name

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City        State    ZIP Code | | From _____ To _____ |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No

❑ Yes. Fill in the details below.

|  | Date issued |
| Name | MM / DD / YYYY |
| Number   Street | |
| City        State    ZIP Code | |

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Antonique Brown* _____    ✗ _____

Signature of Debtor 1                    Signature of Debtor 2

Date 2/27/25 _____                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No

❑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No

❑ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case and this filing:

Debtor 1    ANTONIQUE                                    BROWN
            First Name          Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name             Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**1.1.** _____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add bout this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____     $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

_____
City          State     ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add bout this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____     $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1    ANTONIQUE                    BROWN                    Case number (if known)_____
            First Name    Middle Name    Last Name

**1.3.** _____    **What is the property?** Check all that apply.

Street address, if available, or other description
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

City    State    ZIP Code

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

**Who has an interest in the property?** Check one.

County
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add bout this item, such as l ocal property identification number: _____

2  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................................... →    $_____ 0.00

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☑ No
☐ Yes

**3.1.**  Make:    _____    **Who has an interest in the property?** Check one.

Model:    _____
Year:    _____
Approximate mileage:    _____
Other information:
[          ]

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

If you own or have more than one, describe here:

**3.2.**  Make:    _____    **Who has an interest in the property?** Check one.

Model:    _____
Year:    _____
Approximate mileage:    _____
Other information:
[          ]

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

Official Form 106A/B    Schedule A/B: Property    page 2

Debtor 1  ANTONIQUE _____ BROWN _____  Case number (if known)_____
        First Name   Middle Name   Last Name

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

| |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................. ➔ | $_____ 0.00 |

Debtor 1    ANTONIQUE            BROWN                            Case number (if known)_____
            First Name    Middle Name    Last Name

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. Household goods and furnishings

   Examples: Major appliances, furniture, linens, china, kitchenware

   ☑ No
   ☐ Yes. Describe.........                                          $            0.00

7. Electronics

   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.......... CELLPHONE                              $          200.00

8. Collectibles of value

   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe..........                                        $            0.00

9. Equipment for sports and hobbies

   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe..........                                        $            0.00

10. Firearms

    Examples: Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.......... HANDGUN                               $          200.00

11. Clothes

    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.......... CLOTHES                               $        1,000.00

12. Jewelry

    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe..........                                       $            0.00

13. Non-farm animals

    Examples: Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe..........                                       $            0.00

14. Any other personal and household items you did not already list, including any health aids you did not list

    ☑ No
    ☐ Yes. Give specific information. ............                  $            0.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...............................→   $        1,400.00

Official Form 106A/B              Schedule A/B: Property                              page 4

Debtor 1   ANTONIQUE                    BROWN                              Case number (if known)_____
           First Name   Middle Name     Last Name

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes............................................................................................................    Cash: ................   $_____5.00

### 17. Deposits of money

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes....................                          Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | SYNOVUS , | $_____1.00 |
| 17.2. Checking account: | JPMORGAN CHASE, | $_____1.00 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | TRUIST | $_____1.00 |
| 17.7. Other financial account: | USAA | $_____1.00 |
| 17.8. Other financial account: | PAYPAL | $_____1.00 |
| 17.9. Other financial account: | VENMO | $_____1.00 |

### 18. Bonds, mutual funds, or publicly traded stocks

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.............     Institution or issuer name:

_____   $_____
_____   $_____
_____   $_____

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No            Name of entity.                                    % of ownership:
☐ Yes. Give specific
information about       _____  _____%   $_____
them.................   _____  _____%   $_____
                       _____  _____%   $_____

Official Form 106A/B                    Schedule A/B: Property                              page 5

| Debtor 1 | ANTONIQUE | | BROWN | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.......................

Issuer name:

_____  $_____

_____  $_____

_____  $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No

☑ Yes......................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | HADDON PLACE APARTMENTS, | $ 130.00 |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes......................

Issuer name and description:

_____  $_____

_____  $_____

_____  $_____

Debtor 1   ANTONIQUE _____ BROWN _____   Case number (if known) _____
First Name   Middle Name   Last Name

24. Interests in an education IRA, In an account in a qualified ABLE program, or under a qualified state tuition program. 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____   $ _____

_____   $ _____

_____   $ _____

25. Trusts, equitable or future interests in property (other than anything listed in line ☐), and rights or powers exercisable for your benefit

☑ No

☐ Yes. Give specific information about them....   [                    ]   $ _____ 0.00

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property

*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....   [                    ]   $ _____ 0.00

27. Licenses, franchises, and other general intangibles

*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....   [                    ]   $ _____ 0.00

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

28. Tax refunds owed to you

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................   [ , , STATE TAX REFUND ]   Federal:   $ _____ 5,718.00
State:   $ _____ 2,364.00
Local:   $ _____

29. Family support

*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☑ Yes. Give specific information............   [                    ]   Alimony:   $ _____
Maintenance:   $ _____
Support:   $ _____ 53,896.00
Divorce settlement:   $ _____
Property settlement:   $ _____

30. Other amounts someone owes you

*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information............   [                    ]   $ _____ 0.00

Official Form 106A/B   Schedule A/B: Property   page 7

Debtor 1    ANTONIQUE                    BROWN                        Case number (if known)_____
            First Name    Middle Name    Last Name

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance;health savings account (HSA);credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| INSPIRA, HEALTH SAVINGS ACCOI | _____ | $ 95.05 |
| NORTHWESTERN MUTUAL, TERM | DOMINIQUE BROWN | $ 0.00 |
| _____ | _____ | $ _____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............                                                    $ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim...............                                                        $ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaimso f the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................                                                  $ 0.00

**35 Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information...........                                                      $ 0.00

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ..............................................................    → $ 62,214.05

---

**Part 5:    Describe Any Business-Related Propert⬜ You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commiss⬜ons you already earned**

☐ No

☐ Yes. Describe.......                                                                          $ _____

**39. Office equipment, furnishings, and suppli⬜**

*Examples:* Business-related computers, sof⬜ware, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes. Describe ,......                                                                         $ _____

---

Official Form 106A/B                        Schedule A/B: Property                                    page 8

Debtor 1    ANTONIQUE                    BROWN                    Case number (if known)
            First Name    Middle Name    Last Name

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☐ No
☐ Yes. Describe........                                                                    $_____

41. Inventory
☐ No
☐ Yes. Describe........                                                                    $_____

42. Interests in partnerships or joint ventures
☐ No
☐ Yes. Describe........   Name of entity:                              % of ownership:
                          _____    _____%   $_____
                          _____    _____%   $_____
                          _____    _____%   $_____

43. Customer lists, mailing lists, or other compilations
☐ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe........                                                    $_____

44. Any business-related property you did not already list
☐ No
☐ Yes. Give specific
   information .........   _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____
                          _____    $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here .......................................................➔   $_____   0

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|         | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                                    Current value of the
                                                                    portion you own?
                                                                    Do not deduct secured claims
                                                                    or exemptions.

47. Farm animals
    Examples: Livestock, poultry, farm-raised fish

☐ No
☐ Yes........................                                                    $_____

Official Form 106A/B              Schedule A/B: Property                    page 9

Debtor 1   ANTONIQUE                    BROWN                           Case number (if known)_____
           First Name    Middle Name    Last Name

48. Crops—either growing or harvested
   ☐ No
   ☐ Yes. Give specific
       information. ...........  [                                    ]   $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
   ☐ No
   ☐ Yes.....................  [                                    ]   $_____

50. Farm and fishing supplies, chemicals, and feed
   ☐ No
   ☐ Yes...................  [                                    ]   $_____

51. Any farm- and commercial fishing-related property you did not already list
   ☐ No
   ☐ Yes. Give specific
       information. ...........  [                                    ]   $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here ......................................................  →  $_____0.00

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific
       information. ...........  [                                    ]   $_____
                                                                          $_____
                                                                          $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................  →  $_____0.00

---

## Part 8:  List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................  →  $_____0.00

56. Part 2: Total vehicles, line 5                                          $_____0.00

57. Part 3: Total personal and household items, line 15                    $____1,400.00

58. Part 4: Total financial assets, line 36                                $___62,214.05

59. Part 5: Total business-related property, line 45                       $_____0

60. Part 6: Total farm- and fishing-related property, line 52              $_____0.00

61. Part 7: Total other property not listed, line 54                     + $_____0.00

62. Total personal property. Add lines 56 through 61. ...................  $___63,614.05  Copy personal property total →  + $_____63,614.05

63. Total of all property on Schedule A/B. Add line 55 + line 62................................................................  $_____63,614.05

Official Form 106A/B                    Schedule A/B: Property                            page 10

Re: Antonique Brown

# Overflow - Schedule A/B

17:

| | |
|---|---|
| Account Type | Other financial account |
| Institution Name | Cash App |
| Value | $1.00 |

**Fill in this information to identify your case:**

Debtor 1    ANTONIQUE                                    BROWN
            First Name         Middle Name               Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name            Last Name

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: ELECTRONICS, CELLPHONE<br>Line from *Schedule A/B:* 7 | $   200.00 | ☑ $   200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: FIREARMS, HANDGUN<br>Line from *Schedule A/B:* 10 | $   200.00 | ☑ $   200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: CLOTHES<br>Line from *Schedule A/B:* 11 | $   1,000.00 | ☑ $   1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Official Form 106C              Schedule C: The Property You Claim as Exempt              page 1 of ___

Debtor 1   ANTONIQUE          BROWN                            Case number (if known)_____
           First Name   Middle Name   Last Name

## Part 2:   Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: CASH  Line from Schedule A/B: 16 | $ 5.00 | ☑ $ 5.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: CHECKING ACCOUNT, SYNOVUS  Line from Schedule A/B: 17 | $ 1.00 | ☑ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: CHECKING ACCOUNT, JPMORGAN CH  Line from Schedule A/B: 17 | $ 1.00 | ☑ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: CHECKING ACCOUNT, TRUIST  Line from Schedule A/B: 17 | $ 1.00 | ☑ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: CHECKING ACCOUNT, USAA  Line from Schedule A/B: 17 | $ 1.00 | ☑ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: OTHER FINANCIAL ACCOUNT, PAYPA  Line from Schedule A/B: 17 | $ 1.00 | ☑ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: OTHER FINANCIAL ACCOUNT, VENMO  Line from Schedule A/B: 17 | $ 1.00 | ☑ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: OTHER FINANCIAL ACCOUNT, CASH  Line from Schedule A/B: 17 | $ 1.00 | ☑ $ 1.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: DEPOSIT, HADDON PLACE APARTME  Line from Schedule A/B: 22 | $ 130.00 | ☑ $ 130.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: TAX REFUND  Line from Schedule A/B: 28 | $ 5,718.00 | ☑ $ 5,718.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: TAX REFUND  Line from Schedule A/B: 28 | $ 2,364.00 | ☑ $ 2,364.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: CHILD SUPPORT  Line from Schedule A/B: 29 | $ 53,896.00 | ☑ $ 53,896.00  ☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(2)(D) |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 2

| Debtor 1 | ANTONIQUE | . | BROWN | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: HEALTH SAVINGS ACCOUNT, INSPIRA<br>Line from *Schedule A/B*: 31.1 | $ 95.05 | ☑ $ 95.05<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: INSURANCE PLAN, NORTHWESTERN<br>Line from *Schedule A/B*: 31.2 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(8) |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _____<br>Line from *Schedule A/B*: ____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 2

**Fill in this information to identify your case:**

| Debtor 1 | ANTONIQUE | | BROWN |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number       Street

_____

City          State   ZIP Code

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.2**

Creditor's Name

Number       Street

_____

City          State   ZIP Code

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:     $_____0.00

Official Form 106D              Schedule D: Creditors Who Have Claims Secured by Property              page 1

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | ANTONIQUE | BROWN |
| | First Name   Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

_____
Priority Creditor's Name

_____
Number      Street

_____

_____
City        State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $_____  $_____  $_____

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

_____
Priority Creditor's Name

_____
Number      Street

_____

_____
City        State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $_____  $_____  $_____

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 1

Debtor 1    ANTONIQUE                    BROWN                              Case number (if known)_____
            First Name    Middle Name    Last Name

| Part 1: | Your PRIORITY Unsecured Claims – Continuation Page |
|---------|---------------------------------------------------|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐

_____
Priority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____

_____
Number    Street

When was the debt incurred?  _____

_____

As of the date you file, the claim is: Check all that apply.

_____
City          State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?

☐ No
☐ Yes

---

☐

_____
Priority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____

_____
Number    Street

When was the debt incurred?  _____

_____

As of the date you file, the claim is: Check all that apply.

_____
City          State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?

☐ No
☐ Yes

---

☐

_____
Priority Creditor's Name

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____

_____
Number    Street

When was the debt incurred?  _____

_____

As of the date you file, the claim is: Check all that apply.

_____
City          State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?

☐ No
☐ Yes

---

Official Form 106E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 2

Debtor 1    ANTONIQUE        BROWN                          Case number *(if known)*_____
            First Name    Middle Name    Last Name

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**

AMEX
Nonpriority Creditor's Name

PO.O BOX 981532
Number        Street

EL PASO                    TX        79998
City                      State      ZIP Code

Last 4 digits of account number  1004  __  __

When was the debt incurred?    2/28/23

Total claim    $ 2,111.44

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

**4.2**

AFTERPAY US, INC.
Nonpriority Creditor's Name

PO BOX 328
Number        Street

SAN FRANCISCO              CA        94101
City                      State      ZIP Code

Last 4 digits of account number  0128  __  __

When was the debt incurred?    5/1/24

$ 158.90

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  AFTERPAY

**4.3**

AYLO HEALTH
Nonpriority Creditor's Name

3333 RIVERWOOD PARKWAY
Number        Street

ATLANTA                    GA        30339
City                      State      ZIP Code

Last 4 digits of account number  8622  __  __

When was the debt incurred?    6/15/23

$ 37.72

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  MEDICAL

| Debtor 1 | ANTONIQUE | | BROWN | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.4**

AYLO HEALTH
Nonpriority Creditor's Name
3333 RIVERWOOD PARKWAY
Number        Street
ATLANTA                         GA        30339
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  8622  __  __

When was the debt incurred?    6/16/23

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  MEDICAL

$ 218.41

**4.5**

BRCLYODNVY
Nonpriority Creditor's Name
P.O BOX 8801
Number        Street
WILMINGTON                      DE        19899
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0389  __  __

When was the debt incurred?    10/1/22

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

$ 853.80

**4.6**

CAP ONE
Nonpriority Creditor's Name
PO BOX 71083
Number        Street
CHARLOTTE                       NC        28272-1083
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0869  __  __

When was the debt incurred?    2/1/21

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

$ 1,583.66

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 4

| Debtor 1 | ANTONIQUE | | BROWN | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**4.7**

CB/TORRID
Nonpriority Creditor's Name
PO BOX 182273
Number          Street
COLUMBUS                    OH          43219
City                        State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  8766  __  __

When was the debt incurred?  10/1/23

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

$ 655.55

**4.8**

CITI
Nonpriority Creditor's Name
PO BOX 9001037
Number          Street
LOUISVILLE                  KY          40290-1037
City                        State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0195  __  __

When was the debt incurred?  2/1/22

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

$ 3,828.54

**4.9**

CITI
Nonpriority Creditor's Name
PO BOX 9001037
Number          Street
LOUISVILLE                  KY          40290-1037
City                        State       ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6469  __  __

When was the debt incurred?  2/1/22

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

$ 8,647.12

Debtor 1    ANTONIQUE    BROWN
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

### 4.10

COMMUNITY CHRISTIAN SCHOOL N
Nonpriority Creditor's Name
2001 JODECO ROAD
Number    Street
STOCKBRIDGE    GA    30281
City    State    ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  6259  __  __

When was the debt incurred?  7/1/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  DAYCARE TUITION

$ 988.00

### 4.11

CONSTELLATION
Nonpriority Creditor's Name
1001 LOUISIANA STREET
Number    Street
HOUSTON    TX    77002
City    State    ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  9738  __  __

When was the debt incurred?  7/22/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UTILITIES

$ 186.00

### 4.12

DFPS
Nonpriority Creditor's Name
PO BOX 149030
Number    Street
AUSTIN    TX    78714
City    State    ZIP Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  4115  __  __

When was the debt incurred?  5/1/20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  TEXSD DEPARTMENT OF FAM

$ 4,875.02

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 4

Debtor 1   ANTONIQUE   BROWN
First Name   Middle Name   Last Name

Case number (if known)_____

## Part 2:   Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.13**

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number   Street
GREENVILLE   TX   75403
City   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0190  __  __

When was the debt incurred?   8/1/19

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 1,833.00

**4.14**

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number   Street
GREENVILLE   TX   75403
City   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0200  __  __

When was the debt incurred?   5/1/20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 1,834.00

**4.15**

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number   Street
GREENVILLE   TX   75403
City   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0190  __  __

When was the debt incurred?   8/1/19

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 1,917.00

Debtor 1  ANTONIQUE           BROWN                     Case number (if known)_____
          First Name  Middle Name  Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     Total claim

### 4.16

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number      Street
GREENVILLE          TX      75403
City               State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  0190 __ __        $ 2,332.00

When was the debt incurred?  6/1/19

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

### 4.17

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number      Street
GREENVILLE          TX      75403
City               State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  0200 __ __        $ 2,404.00

When was the debt incurred?  5/1/20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

### 4.18

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number      Street
GREENVILLE          TX      75403
City               State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  0190 __ __        $ 2,667.00

When was the debt incurred?  8/1/19

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

| Debtor 1 | ANTONIQUE | BROWN | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                      **Total claim**

### 4.19

DOE AIDV
_Nonpriority Creditor's Name_

PO BOX 300001
_Number        Street_

GREENVILLE                    TX        75403
_City                          State      ZIP Code_

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0200  __  __

When was the debt incurred?   8/1/20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,666.00

### 4.20

DOE AIDV
_Nonpriority Creditor's Name_

PO BOX 300001
_Number        Street_

GREENVILLE                    TX        75403
_City                          State      ZIP Code_

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0190  __  __

When was the debt incurred?   8/1/19

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 4,363.00

### 4.21

DOE AIDV
_Nonpriority Creditor's Name_

PO BOX 300001
_Number        Street_

GREENVILLE                    TX        75403
_City                          State      ZIP Code_

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0200  __  __

When was the debt incurred?   8/1/20

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 4,751.00

Debtor 1    ANTONIQUE          BROWN
        First Name    Middle Name    Last Name                 Case number (if known)_____

## Part 2:    Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                              Total claim

### 4.22

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number        Street
GREENVILLE            TX        75403
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0210 __ __        $ 7,028.00

When was the debt incurred?    5/1/21

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

### 4.23

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number        Street
GREENVILLE            TX        75403
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0210 __ __        $ 14,147.00

When was the debt incurred?    8/1/21

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

### 4.24

DOE AIDV
Nonpriority Creditor's Name
PO BOX 300001
Number        Street
GREENVILLE            TX        75403
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0171 __ __        $ 21,723.00

When was the debt incurred?    11/1/17

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4

Debtor 1   ANTONIQUE _____ BROWN _____   Case number (if known)_____
           First Name   Middle Name   Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.25

DAVE
_____
Nonpriority Creditor's Name
6070 POPLAR AVE
_____
Number        Street
MEMPHIS                  TN        38119
_____
City                     State     ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0128  __  __

When was the debt incurred?   6/1/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CASH ADVANCE

$ 103.00

### 4.26

EAGLES LANDING CHRISTIAN COUNSELING CENTER
_____
Nonpriority Creditor's Name
1944 BRANNAN ROAD
_____
Number        Street
MCDONOUGH                GA        30253
_____
City                     State     ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0128  __  __

When was the debt incurred?   7/1/23

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  MEDICAL

$ 566.00

### 4.27

GEORGIA POWER
_____
Nonpriority Creditor's Name
96 ANNEX
_____
Number        Street
ATLANTA                  GA        30396
_____
City                     State     ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0016  __  __

When was the debt incurred?   7/22/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  UTILITIES

$ 1,329.07

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4

Debtor 1   ANTONIQUE          BROWN                          Case number (if known)_____
           First Name   Middle Name   Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.          **Total claim**

### 4.28

LENDING CLUB CORPORATION
Nonpriority Creditor's Name
595 MARKET ST
Number       Street
SAN FRANCISCO              CA       94105
City                      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9741  __  __

When was the debt incurred?  6/26/18

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
   you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  PERSONAL LOAN

$ 5,495.53

### 4.29

NAVY FCU
Nonpriority Creditor's Name
1 SECURITY PLACE
Number       Street
MERRIFIELD                VA       22119
City                      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  4697  __  __

When was the debt incurred?  8/1/23

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
   you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  PERSONAL LOAN

$ 28,495.42

### 4.30

NAVY FCU
Nonpriority Creditor's Name
PO BOX 300
Number       Street
MERRIFIELD                VA       22119
City                      State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7873  __  __

When was the debt incurred?  6/1/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that
   you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

$ 28,565.11

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4

Debtor 1    ANTONIQUE     BROWN         Case number (if known)_____

First Name   Middle Name    Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.31

**PENTAGONBC**
Nonpriority Creditor's Name

PO BOX 1432
Number    Street

ALEXANDRIA     VA     22313-2032
City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   0396 __ __

When was the debt incurred?   3/1/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify CREDIT CARD

$ 3,840.52

### 4.32

**PIEDMONT URGENT CARE**
Nonpriority Creditor's Name

1133 EAGLES LANDING PARKWAY
Number    Street

STOCKBRIDGE     GA     30281
City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   6284 __ __

When was the debt incurred?   9/12/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify MEDICAL

$ 665.09

### 4.33

**PROGRESSIVE**
Nonpriority Creditor's Name

6300 WILSON MILLS ROAD
Number    Street

MAYFIELD     OH     44143
City     State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   6601 __ __

When was the debt incurred?   9/1/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify INSURANCE

$ 260.59

Official Form 106E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 4

| Debtor 1 | ANTONIQUE | | BROWN | | | Case number (if known) |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

**4.34**

RAND BRKS
Nonpriority Creditor's Name

BLDG 290 HARMON DRIVE
Number          Street

RANDOLPH AFB          TX          78148-0000
City                         State         ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5292 __ __            $ 2,636.00

When was the debt incurred?    10/1/17

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

**4.35**

REPUBLIC FINANCE
Nonpriority Creditor's Name

909 EAGLES LANDING PARKWAY
Number          Street

STOCKBRIDGE          GA          30281
City                         State         ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9677 __ __            $ 3,328.12

When was the debt incurred?    8/1/24

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  PERSONAL LOAN

**4.36**

SECURE CREDIT SERVICES
Nonpriority Creditor's Name

306 ENTERPRISE DRIVE
Number          Street

OXFORD          MS          38655
City                         State         ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0128 __ __            $ 4,084.00

When was the debt incurred?    3/1/22

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

Debtor 1   ANTONIQUE          BROWN                          Case number (if known)_____
           First Name   Middle Name   Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                    Total claim

### 4.37

TX TAG                                                    Last 4 digits of account number  9319 __ __         $ 124.58
Nonpriority Creditor's Name
2420 RIDGEPOINT DRIVE                                     When was the debt incurred?   5/1/21
Number      Street
AUSTIN                    TX      78754                   As of the date you file, the claim is: Check all that apply.
City                     State   ZIP Code
                                                          ☐ Contingent
                                                          ☐ Unliquidated
Who incurred the debt? Check one.                         ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only                                           Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another                ☐ Student loans
                                                          ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt               you did not report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                           ☑ Other. Specify UTILITIES

☑ No
☐ Yes

### 4.38

WELLS FARGO                                               Last 4 digits of account number  5496 __ __         $ 138.00
Nonpriority Creditor's Name
420 MONTGOMERY STREET                                     When was the debt incurred?   6/1/24
Number      Street
SAN FRANCISCO             CA      94104                   As of the date you file, the claim is: Check all that apply.
City                     State   ZIP Code
                                                          ☐ Contingent
                                                          ☐ Unliquidated
Who incurred the debt? Check one.                         ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only                                           Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another                ☐ Student loans
                                                          ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt               you did not report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                           ☑ Other. Specify BANK ACCOUNT

☑ No
☐ Yes

### 4.39

WELLSTREET                                                Last 4 digits of account number  1107 __ __         $ 150.60
Nonpriority Creditor's Name
3330 CUMBERLAND BOULEVARD SOUTHEAST                       When was the debt incurred?   6/26/23
Number      Street
ATLANTA                   GA      30339                   As of the date you file, the claim is: Check all that apply.
City                     State   ZIP Code
                                                          ☐ Contingent
                                                          ☐ Unliquidated
Who incurred the debt? Check one.                         ☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only                                           Type of NONPRIORITY unsecured claim:
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another                ☐ Student loans
                                                          ☐ Obligations arising out of a separation agreement or divorce that
☐ Check if this claim is for a community debt               you did not report as priority claims
                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
Is the claim subject to offset?                           ☑ Other. Specify MEDICAL

☑ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims              page 4

Debtor 1    ANTONIQUE          BROWN                          Case number (if known)_____
            First Name   Middle Name   Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

| 4.40 | WELLSTREET | Last 4 digits of account number 3364 __ __ | $ 150.60 |

WELLSTREET
Nonpriority Creditor's Name
3330 CUMBERLAND BOULEVARD SOUTHEAST
Number    Street
ATLANTA                    GA      30339
City                       State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 3364 __ __

When was the debt incurred? 6/16/23

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify MEDICAL

| 4.41 | WELLSTREET | Last 4 digits of account number 3363 __ __ | $ 150.60 |

WELLSTREET
Nonpriority Creditor's Name
3330 CUMBERLAND BOULEVARD SOUTHEAST
Number    Street
ATLANTA                    GA      30339
City                       State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 3363 __ __

When was the debt incurred? 6/9/23

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify MEDICAL

| 4.42 | WELLSTREET | Last 4 digits of account number 3362 __ __ | $ 150.60 |

WELLSTREET
Nonpriority Creditor's Name
3330 CUMBERLAND BOULEVARD SOUTHEAST
Number    Street
ATLANTA                    GA      30339
City                       State   ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 3362 __ __

When was the debt incurred? 6/5/23

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify MEDICAL

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4

Debtor 1   ANTONIQUE   BROWN   Case number (if known)_____
_____   _____   _____
First Name   Middle Name   Last Name

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to coct from you for a debt you owe to someone el se, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

TRANSWORLD SYSTEM INC
Name

500 VIRGINIA DRIVE
Number   Street

SUITE 514

FORT WASHINGTON   PA   19034
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __3__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8622 __ __

---

TRANSWORD SYSTEMS INC
Name

500 VIRGINIA DRIVE
Number   Street

SUITE 514

FORT WASHINGTON   PA   19034
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 8622 __ __

---

WEBBANK COLLECTION
Name

215 S. STATE ST
Number   Street

1000

SALT LACK CITY   UT   84111
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __28__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 9741 __ __

---

NATIONWIDE RECOVERY
Name

PO BOX 8005
Number   Street

CLEVELAND   TN   37320
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __39__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 1107 __ __

---

NATIONWIDE RECOVERY
Name

PO BOX 8005
Number   Street

CLEVELAND   TN   37320
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __40__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3364 __ __

---

NATIONWIDE RECOVERY
Name

PO BOX 8005
Number   Street

CLEVELAND   TN   37320
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __41__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3363 __ __

---

NATIONWIDE RECOVERY
Name

PO BOX 8005
Number   Street

CLEVELAND   TN   37320
City   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __42__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number 3362 __ __

---

| Debtor 1 | ANTONIQUE | | BROWN | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C.§ 159.
   Add the amounts for each type of unsecured claim.

Total claim

| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $ | 0.00 |
|---|---|---|---|---|
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 0.00 |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $ | 0.00 |

Total claim

| Total claims from Part 2 | 6f. Student loans | 6f. | $ | 68,665.00 |
|---|---|---|---|---|
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 104,377.59 |
| | 6j. Total. Add lines 6f through 6i. | 6j. | $ | 173,042.59 |

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 14

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | ANTONIQUE | | BROWN |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this for with the court with your other schedules.   You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| HADODN PLACE APARTMENTS<br>Name | LEASE (RENT): APARTMENTS |
| HOPEWELL PLACE<br>Number      Street | |
| MCDONOUGH      GA      30253<br>City            State    ZIP Code | |
| **2.2** | |
| <br>Name | |
| <br>Number      Street | |
| <br>City            State    ZIP Code | |
| **2.3** | |
| <br>Name | |
| <br>Number      Street | |
| <br>City            State    ZIP Code | |
| **2.4** | |
| <br>Name | |
| <br>Number      Street | |
| <br>City            State    ZIP Code | |

Official Form 106G               Schedule G: Executory Contracts and Unexpired Leases               page 1

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | ANTONIQUE | BROWN |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additi☐   l Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every quesn.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☑ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

   Column 1: Your codebtor

   Column 2: The creditor to whom you owe the debt

   Check all schedules that apply:

   3.1 _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   3.2 _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   3.3 _____
   Name

   _____
   Number        Street

   _____
   City                State            ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

Official Form 106H                    Schedule H: Your Codebtors                    page 1

Fill in this information to identify your case:

Debtor 1 ANTONIQUE BROWN
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. Fill in your employment information.

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | CUSTOMER SERVICE SUPERVI | |
| Employer's name | | CVS AETNA | |
| Employer's address | | 1 CVS DRIVE<br>Number   Street | Number   Street |
| | | WOONSOCKET  RI    02895<br>City         State   ZIP Code | City         State   ZIP Code |
| How long employed there? | | 3 YEARS | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more an one employer, co  mbine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 4,825.00 | $ |
| 3. Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $ 4,825.00 | $ |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1    ANTONIQUE                    BROWN                        Case number (if known)_____
              First Name    Middle Name    Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here................................................ → 4. | | $ 4,825.00 | $_____ |

5. Indicate whether you have the payroll deductions below:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 263.00 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $_____ |
| 5e. Insurance | 5e. | | $ 380.00 | $_____ |
| 5f. Domestic support obligations | 5f. | | $ 0.00 | $_____ |
| 5g. Union dues | 5g. | | $ 0.00 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | + | $ 282.00 | + $_____ |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    $ 925.00    $_____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $ 3,900.00    $_____

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm    8a.    $ 0.00    $_____

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. Interest and dividends    $ 0.00    $_____

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive    $ 942.00    $_____

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. Unemployment compensation    $ 0.00    $_____

8e. Social Security    $ 0.00    $_____

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps or housing subsidies.

Specify (Debtor 1):    Specify (Debtor 2 or Non-Filing Spouse):

$ 0.00    $_____

8g. Pension or retirement income    $ 0.00    $_____

8h. Other monthly income.

Specify (Debtor 1):    Specify (Debtor 2 or Non-Filing Spouse):

$ 0.00    $_____

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    $ 942.00    $_____

10. Calculate monthly income. Add line 7 + line 9.    $ 4,842.00    + $_____    = $ 4,842.00

Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in Schedule J.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.    12.    4,842.00
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

Official Form 106I    Schedule I: Your Income    page 2

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | ANTONIQUE | BROWN |
| | First Name   Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, atta☐ another sheet to this form. On the top   of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. Is this a joint case?

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| CHILD | 12 | ☐ No  ☑ Yes |
| CHILD | 2 | ☐ No  ☑ Yes |
| CHILD | 10 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,706.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 40.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ |

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1   ANTONIQUE                BROWN                          Case number (if known)_____
           First Name   Middle Name        Last Name

|  |  | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 200.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 120.00 |
| 6c. Telephone. cell phone, Internet, satellite, and cable services | 6c. | $ 308.00 |
| 6d. Other. Specify: TRASH/PEST | 6d. | $ 27.00 |
| 7. Food and housekeeping supplies | 7. | $ 500.00 |
| 8. Childcare and children's education costs | 8. | $ 1,000.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $ 300.00 |
| 10. Personal care products and services | 10. | $ 60.00 |
| 11. Medical and dental expenses | 11. | $ 40.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 260.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 60.00 |
| 14. Charitable contributions and religious donations | 14. | $ 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 88.93 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 225.00 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 225.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ |
| 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. | $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form 106J                    Schedule J: Your Expenses                              page 2

Debtor 1     ANTONIQUE                    BROWN                              Case number (if known)_____
             First Name    Middle Name    Last Name

21.  Other. Specify: _____          21.   +$_____ 0.00

22.  **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.                               22a.   $_____ 5,279.93

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $_____ 0.00

     22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   $_____ 5,279.93

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (your combined monthly income) from Schedule I.    23a.   $_____ 4,842.00

     23b.  Copy your monthly expenses from line 22c above.    23b.   –$_____ 5,279.93

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.            23c.   $_____ –437.93

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.

     ☐ Yes.     Explain here:

Official Form 106J          Schedule J: Your Expenses                         page 3

Fill in this information to identify your case:

| Debtor 1 | ANTONIQUE | | BROWN | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also sen☐ copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct inforon.
Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Scured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: <br><br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |

| Debtor 1 | ANTONIQUE | | BROWN | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No |
| | ☐ Yes |
| Description of leased property: | |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *Antonique Brown*                          X _____
Signature of Debtor 1                              Signature of Debtor 2

Date  02 27 2025                                   Date _____
      MM / DD / YYYY                                     MM / DD / YYYY

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2

Fill in this information to identify your case:

| Debtor 1 | ANTONIQUE | | BROWN |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of thi☐page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................  $ _____0

   1b. Copy line 62, Total personal property, from *Schedule A/B*............................................  $ __63,614.05

   1c. Copy line 63, Total of all property on *Schedule A/B* ....................................................  $ __63,614.05

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured☐by Property*(Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*............  $ _____0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...............................  $ _____0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .........................  + $ __173,042.59

   **Your total liabilities**  $ __173,042.59

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line12 of *Schedule I* ........................................................  $ __4,842.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...............................................................  $ __5,279.93

| Debtor 1 | ANTONIQUE | | BROWN | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

    ☐ No.
    ☑ Yes

7. What kind of debt do you have?

    ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

    $ _____ 5,569.28

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F.*

    **Total claim**

    From Part 4 on *Schedule E/F*, copy the following:

    9a. Domestic support obligations (Copy line 6a.)                                                              $ _____ 0.00

    9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                                     $ _____ 0.00

    9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)                          $ _____ 0.00

    9d. Student loans. (Copy line 6f.)                                                                           $ _____ 68,665.00

    9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ _____ 0.00

    9f. Debts to pension or profit-sharing plan, and other similar debts. (Copy line 6h.)                        + $ _____ 0.00

    9g. Total. Add lines 9a through 9f.                                                                          $ _____ 68,665.00

Fill in this information to identify your case:

Debtor 1    ANTONIQUE             BROWN
        First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name         Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for upplying correct information.

You must file this form whenever you file bankruy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in conection with a ba nkruptcy case can result in fin☐s up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice☐ Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ *Antonique Brown*          ✗ _____
Signature of Debtor 1                 Signature of Debtor 2

Date 02  27  2025              Date _____
     MM / DD / YYYY                        MM / DD / YYYY

Official Form 106Dec                 Declaration About an Individua☐ Debtor's Schedules

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | ANTONIQUE | BROWN |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA | | |
| Case number (If known) | | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income     12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. What is your marital and filing status? Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | Your gross wages, salary, tips, bonuses, overtime, and commissions (before all payroll deductions). | $ 4,825.70 | $ |
| 3. | Alimony and maintenance payments. Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support. Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 743.58 | $ |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ |

Copy here → $ 0.00   $

6. Net income from rental and other real property

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ |
| Ordinary and necessary operating expenses | – $ 0.00 | – $ |
| Net monthly income from rental or other real property | $ 0.00 | $ |

Copy here → $ 0.00   $

7. Interest, dividends, and royalties     $ 0.00   $

Debtor 1    ANTONIQUE _____ BROWN _____    Case number (if known)_____
           First Name    Middle Name    Last Name

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................. ⬇

For you .................................................................... $ _____

For your spouse ........................................................ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    $ 0.00    $

_____    $    $

Total amounts from separate pages, if any.    + $    + $

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 5,569.28  +  $ 0  =  $ 5,569.28

Total current monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. Calculate your current monthly income for the year. Follow these steps:

12a.   Copy your total current monthly income from line 11........................................ Copy line 11 here ➡    $ 5,569.28

Multiply by 12 (the number of months in a year).    x 12

12b.   The result is your annual income for this part of the form.    12b.    $ 66,831.40

13. Calculate the median family income that applies to you. Follow these steps:

Fill in the state in which you live.    `GA`

Fill in the number of people in your household.    `4`

Fill in the median family income for your state and size of household. ............................................13.    $ 113,734.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

Debtor 1  ANTONIQUE                    BROWN                          Case number *(if known)*_____
          First Name   Middle Name     Last Name

| Part 3: | Sign Below |
|---------|------------|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ _Antonique Brown_____          ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date _02 27 2025_                              Date _____
    MM / DD  / YYYY                                 MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1          Chapter 7 Statement of Your Current Monthly Income          page 3

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. _____ |
| ANTONIQUE BROWN ☐ | ) | |
| Debtor. | ) | Chapter 7 |

**VERIFICATION OF MATRIX**

The above named debtor hereby verifies that the attached List of Creditors is true
and correct to the best of his/her/their knowledge.

Date: 02/27/2025            Antonique Brown
                                     Debtor Signature

AFTERPAY US, INC.

PO BOX 328

SAN FRANCISCO , CA 94101

AMEX

PO.O BOX 981532

EL PASO, TX 79998

AYLO HEALTH

3333 RIVERWOOD PARKWAY

ATLANTA, GA 30339

BRCLYODNVY

P.O BOX 8801

WILMINGTON , DE 19899

CAP ONE

PO BOX 71083

CHARLOTTE, NC 28272-1083

CB/TORRID

PO BOX 182273

COLUMBUS, OH 43219

CITI

PO BOX 9001037

LOUISVILLE, KY 40290-1037


COMMUNITY CHRISTIAN SCHOOL N

2001 JODECO ROAD

STOCKBRIDGE, GA 30281


CONSTELLATION

1001 LOUISIANA STREET

SUITE #2100

HOUSTON, TX 77002


DAVE

6070 POPLAR AVE

SUITE 200

MEMPHIS , TN 38119


DFPS

PO BOX 149030

ACCOUNT DEPARTMENT MAIL CODE E-642

AUSTIN , TX 78714


DOE AIDV

PO BOX 300001

GREENVILLE , TX 75403

EAGLES LANDING CHRISTIAN COUNSELING CENTER

1944 BRANNAN ROAD

MCDONOUGH, GA 30253


GEORGIA POWER

96 ANNEX

ATLANTA, GA 30396


HADODN PLACE APARTMENTS

HOPEWELL PLACE

MCDONOUGH, GA 30253


LENDING CLUB CORPORATION

595 MARKET ST

200

SAN FRANCISCO , CA 94105


NATIONWIDE RECOVERY

PO BOX 8005

CLEVELAND , TN 37320


NAVY FCU

1 SECURITY PLACE

MERRIFIELD, VA 22119

NAVY FCU

PO BOX 300

MERRIFIELD, VA 22119


PENTAGONBC

PO BOX 1432

ALEXANDRIA, VA 22313-2032


PIEDMONT URGENT CARE

1133 EAGLES LANDING PARKWAY

STOCKBRIDGE, GA 30281


PROGRESSIVE

6300 WILSON MILLS ROAD

MAYFIELD, OH 44143


RAND BRKS

BLDG 290 HARMON DRIVE

RANDOLPH AFB, TX 78148-0000


REPUBLIC FINANCE

909 EAGLES LANDING PARKWAY

STOCKBRIDGE, GA 30281

SECURE CREDIT SERVICES

306 ENTERPRISE DRIVE

OXFORD, MS 38655


TRANSWORD SYSTEMS INC

500 VIRGINIA DRIVE

SUITE 514

FORT WASHINGTON, PA 19034


TRANSWORLD SYSTEM INC

500 VIRGINIA DRIVE

SUITE 514

FORT WASHINGTON, PA 19034


TX TAG

2420 RIDGEPOINT DRIVE

ATTENTION: TXTAG CUSTOMER SERVICE- ACCT 1205059319

AUSTIN, TX 78754


WEBBANK COLLECTION

215 S. STATE ST

1000

SALT LACK CITY , UT 84111


WELLS FARGO

420 MONTGOMERY STREET

SAN FRANCISCO, CA 94104

WELLSTREET

3330 CUMBERLAND BOULEVARD SOUTHEAST

825

ATLANTA, GA 30339

| Case Number: 25-52177 | Name: Brown | Chapter: 7. Division: Atlanta |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. **Failure to comply may result in the dismissal of your case.**

If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

---

☒ Individual - Series 100 Forms                    ☐ Non-Individual - Series 200 Forms

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov/frequently-used-forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (signature must be **notarized,**
**or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address
☐ Statistical Estimates
☐ Other:

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☐ Statement of Financial Affairs
☐ Schedules: A/B, C, D, E/F, G, H, I, J
☐ Summary of Assets and Liabilities
☐ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices *(Individuals only) (2 Months)*
☐ Chapter 13 Plan, complete with signatures *(local form)*
☐ Corporate Resolution (*Non-Individual Ch. 7 & 11*)

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch.7 (*Individuals only*)

**Chapter 11**
☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**Case filed via:**
☐ Intake Counter by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:

☐ Mailed by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other:
Phone Number-469-503-2522-+
☒ Email [Pursuant to Amended and Restated General Order 45-2021, this petition was received for filing via email]

**History of Case Association**
Prior cases within 5 years: N/A

Signature: _____
Acknowledgment of receipt of Deficiency Notice

Intake Clerk: *KLT*          ID Verified☒ Date:2/28/25

---

☐ 101A form filed stating rent deposit was made. – Was rent deposit submitted to Court ☐Yes ☐No

**FILING FEE INFORMATION**
**Online Payment for Filing Fee:** www.ganb.uscourts.gov/online-payments          (not for chapter 13 plan payments)
   ☐ Paid $_____   ☐ Pending Pay.Gov, Paid $_____   ☐ IFP filed (Ch.7 Individuals Only)
   ☐ **2g-Order Granting**   ☒ **3g-Order Granting 10-day (initial payment of $___78__ due within 10 days)**
   ☐ **2d-Order Denying** with filing fee of $_____ due within **10 days**
   ☐ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (**no personal checks or cash accepted**) to the address below.
All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000